No. 604. Henry *v.* United States. C. A. 9th Cir. Certiorari denied. *O. P. Soares* and *Samuel Landau* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 607. Atlantic Maritime Co. et al. *v.* Rankin, Administrator. C. A. 2d Cir. Certiorari denied. *Cletus Keating* and *Vernon S. Jones* for petitioners. *Silas Blake Axtell* and *Arnold W. Knauth* for respondent. *James S. Hemingway* filed a brief for the Union Des Armateurs Belges et al., as *amici curiae,* supporting the petition. Briefs of *amici curiae* supporting respondent were filed by *Charles A. Ellis* for the Friends of Andrew Furuseth Legislative Assn.; and *Jacob Rassner* for the Danish Sailor's & Firemen's Union.

No. 608. Levinson et al. *v.* Deupree, Ancillary Administrator. C. A. 6th Cir. Certiorari denied. *Charles E. Lester, Jr.* and *Stephens L. Blakely* for petitioners. *Harry M. Hoffheimer* and *Robert S. Marx* for respondent.

No. 618. Marra Bros., Inc. *v.* Slattery et al. C. A. 2d Cir. Certiorari denied. *Edmund F. Lamb* for petitioner. *Abraham M. Fisch* for Slattery; and *Charles Landesman* for Wm. Spencer & Son Corp., respondents.

No. 625. Ohio ex rel. Dunham *v.* Board of Education of the City School District of Cincinnati. Supreme Court of Ohio. Certiorari denied. *George J. Weller* for petitioner. *Ed F. Alexander* for respondent.